IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-00280-REB-CBS

WELDON MOTT II,

    Plaintiff,

v.

OFFICER JOHN DOES I,
OFFICER JOHN DOES II, and
CITY OF COLORADO SPRINGS,

    Defendants.

---

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

    This matter is before me on the following: 1) the **Defendant City of Colorado Springs' Motion To Dismiss** [#25], filed May 2, 2007; and 2) the **Recommendation of United States Magistrate Judge** [#36], filed August 3, 2007. The magistrate judge recommends that the City of Colorado Springs' motion to dismiss be granted. In addition, the magistrate judge recommends that the plaintiff's claims against the John Doe defendants also be dismissed because the Federal Rules of Civil Procedure contain no provision for naming anonymous parties and because the plaintiff's allegations do not state a claim against such defendants on which relief can be granted.

    I have considered carefully the recommendation and applicable case law. In

addition, because the plaintiff is proceeding *pro se*, I have construed his filings generously and with the leniency due to *pro se* litigants. **See Erickson v. Pardus**, ___ U.S.___, 127 S. Ct. 2197, 2200 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). The plaintiff has not filed objections to the recommendation. Therefore, I review the recommendation only for plain error. **See Morales-Fernandez v. Immigration & Naturalization Service**, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] Finding no such error, I find and conclude that the magistrate judge's recommendations should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#36], filed August 3, 2007, is **APPROVED AND ADOPTED** as an order of this court;

2. That the **Defendant City of Colorado Springs' Motion To Dismiss** [#25], filed May 2, 2007, is **GRANTED**;

3. That the plaintiff's claims against the John Doe defendants **ARE DISMISSED** under Fed. R. Civ. P. 12(b)(6) for failure to state a claim on which relief can be granted;

4. That **JUDGMENT SHALL ENTER** for the defendant, the City of Colorado Springs, against the plaintiff, Weldon Mott, II;

5. That the defendant, the City of Colorado Springs, is **AWARDED** its costs to

---

[1] This standard pertains even though plaintiffs are proceeding *pro se*. **Morales-Fernandez**, 418 F.3d at 1122.

be taxed by the Clerk of the Court pursuant to FED. R. CIV. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and

    6. That this case is **DISMISSED**.

Dated March 4, 2008, at Denver, Colorado.

                                     **BY THE COURT:**

                                     **s/ Robert E. Blackburn**
                                     **Robert E. Blackburn**
                                     **United States District Judge**